# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ANGELITA KILBURN and STEVEN TIMOTHY KILBURN, as Co-Executors of the Estates of PETER C. KILBURN, and BLAKE KILBURN deceased,<br><br>   Plaintiffs,<br> v.<br><br>THE ISLAMIC REPUBLIC OF IRAN *et al.*,<br><br>   Defendants. | Civil Action No. 01-1301(RMU)<br><br>Re Document No.: 117 |

## ORDER

### GRANTING THE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

For the reasons stated in this court's findings of fact and conclusions of law separately and contemporaneously issued this 30th day of March, 2010, it is hereby

**ORDERED** that the motion is **GRANTED** and judgment is entered in favor of the plaintiffs and against the Islamic Republic of Iran and the Iranian Ministry of Information and Security in the amount of **$11,030,000** ($6,030,000 in compensatory damages and $5,000,000 in solatium damages).

**SO ORDERED.**

                 RICARDO M. URBINA
                 United States District Judge